THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | |
|---|---|
| HOLLIE TOUPS, <br><br> Plaintiff, <br><br> v. <br><br> GOOGLE, INC., YAHOO!, INC., and WWW.MYEX.COM, <br><br> Defendants. | C.A. NO. 1:14-CV-127-MAC |

## NOTICE OF DISMISSAL OF YAHOO!, INC. WITH PREJUDICE

Plaintiff Hollie Toups, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby dismisses this action as to Yahoo!, Inc., with prejudice.

Dated: June 24, 2014

Respectfully submitted,

/s/ John S. Morgan
John S. Morgan
Texas State Bar No. 14447475
MORGAN LAW FIRM
2175 North Street, Suite 101
Beaumont, Texas 77701
Telephone: (409) 239-5984
Facsimile: (409) 835-2757
jmorgan@jsmorganlaw.com
ATTORNEY FOR PLAINTIFF HOLLIE TOUPS

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing pleading has been furnished to the following counsel of record, via facsimile, on this 24th day of June, 2014:

Douglas W. Kenyon        *Via facsimile (919) 833-6352*
Hunton & Williams, LLP
421 Fayetteville Street, Suite 1400
Raleigh, North Carolina 27601-2997

Maura L. Rees            *Via facsimile (650) 493-6811*
Brian M. Willen
Wilson, Sonsini, Goodrich & Rosati
650 Page Mill Road
Palo Alto, Californiat 94304

J. Thad Heartfield       *Via facsimile (409) 866-5789*
The Heartfield Law Firm
2195 Dowlen Road
Beaumont, Texas 77706


*/s/ John S. Morgan*
JOHN S. MORGAN