# EXHIBIT "1"

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**VAu 1-147-235**

Effective date of registration:
July 14, 2013

## Title
**Title of Work:** RVP photos

## Completion/Publication
**Year of Completion:** 2006

## Author
- **Author:** Hollie Toups
- **Author Created:** photograph(s)
- **Citizen of:** United States

## Copyright claimant
**Copyright Claimant:** Hollie Toups
8772 Holmes Road, Nederland, TX 77627

## Certification
**Name:** Hollie Toups
**Date:** July 14, 2013

Page 1 of 1

**Registration #:** VAU001147235
**Service Request #:** 1-963828201

Hollie Toups
8772 Holmes Road
Nederland, TX 77627