| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

HOLLIE TOUPS,                  §
                               §
        Plaintiff,             §
                               §
versus                         §   CIVIL ACTION NO. 1:14-CV-127
                               §
GOOGLE, INC. *et al.*,         §
                               §
        Defendants.            §

## ORDER

Plaintiff Hollie Toups's First Amended Complaint was entered on the docket on July 16, 2014. Accordingly, Defendant Google, Inc.'s Motion to Dismiss (#12) Toups's Original Complaint is DENIED as moot.

SIGNED at Beaumont, Texas, this 15th day of July, 2014.

*[signature: Marcia A. Crone]*

MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE