| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

| | | |
|---|---|---|
| HOLLIE TOUPS, | § § | |
| Plaintiff, | § § | |
| versus | § § | CIVIL ACTION NO. 1:14-CV-127 |
| GOOGLE, INC. *et al.*, | § § | |
| Defendants. | § § | |

## PARTIAL DISMISSAL ORDER

In accordance with Plaintiff Hollie Toups's Notice of Dismissal of Defendant Yahoo!, Inc. ("Yahoo") With Prejudice (#17), filed June 24, 2014, Yahoo is DISMISSED with prejudice as a defendant in this action. Accordingly, Yahoo's Motion to Dismiss (#11) is DENIED as moot.

SIGNED at Beaumont, Texas, this 15th day of July, 2014.

*[signature: Marcia A. Crone]*

MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE