UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | |
|---|---|
| HOLLIE TOUPS, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>GOOGLE INC., YAHOO!, INC. and, )<br>WWW.MYEX.COM )<br>)<br>Defendants. )<br>) | Case No. 1:14-cv-00127-MAC |

**NOTICE RE: MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT**

Defendant Google Inc. respectfully submits this Notice regarding its Motion to Dismiss Plaintiff's First Amended Complaint. Plaintiff's Opposition to the motion was due on August 26, 2014, pursuant to the stipulated briefing schedule ordered by the Court on July 15, 2014. No Opposition has been received. Plaintiff also did not make any request for an extension of time to file an Opposition, notwithstanding the Court's prior direction in its Order dated June 24, 2014 that any future motions for extensions of time "should be filed prior to the expiration of the relevant deadline."

WHEREFORE, Defendant Google Inc. respectfully requests that the Court grant its Motion to Dismiss Plaintiff's First Amended Complaint.

Dated: September 5, 2014          Respectfully submitted,

*/s/J. Thad Heartfield*
Maura L. Rees, *Pro Hac Vice*
Brian M. Willen, *Pro Hac Vice*
Wilson Sonsini Goodrich & Rosati PC
650 Page Mill Road
Palo Alto, California 98104

(650) 493-9300
mrees@wsgr.com
bwillen@wsgr.com

J. Thad Heartfield
Texas Bar No. 09346800
The Heartfield Law Firm
2195 Dowlen Road
Beaumont, Texas 77706
(409) 866-3318
(409) 866-5789 (fax)
thad@heartfieldlawfirm.com

ATTORNEYS FOR DEFENDANT,
GOOGLE INC.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing is being served on all counsel of record who have consented to electronic service via the Court's CM/ECF electronic filing system on this, the 5th day of September, 2014. All other counsel of record will be served with a true and correct copy via first class mail.

*/s/J. Thad Heartfield*
J. Thad Heartfield