UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| HOLLIE TOUPS | § | |
| | § | |
| VS. | § | |
| | § | CASE NO. 1:14-cv-0127 |
| GOOGLE, INC., YAHOO!, INC. AND | § | |
| WWW.MYEX.COM | § | |

PLAINTIFF'S OPPOSED MOTION TO COMPEL MEDIATION, AND
CERTIFICATE OF CONFERENCE

Hollie Toups, Plaintiff herein, files her Opposed Motion to Compel Mediation, and Certificate of Conference, and would respectfully show the Court the following:

1. Plaintiff asserts this cause of action against the remaining Defendants for breach of copyright. Plaintiff has been unable to effectuate service upon www.myex.com. Plaintiff has attempted to work with Google to ensure that her copyrighted images are removed from its search/images function, and Google has removed most of those images, with the exception of one (1) remaining image. Plaintiff believes in good faith that this case should be resolved without the necessity of extensive litigation, and there is apparently miscommunication between the parties regarding

1

how to resolve this case. Plaintiff requests that this Court appoint a Magistrate Judge to mediate this dispute for a half-day to determine whether this matter can be resolved as between Plaintiff and Google, without the necessity of any further litigation.

2. Defendant Google cannot be harmed by this Court ordering mediation to determine whether this case can be resolved promptly between Toups and Google.

WHEREFORE, PREMISES CONSIDERED, Plaintiff, Hollie Toups prays that this Court grant this Opposed Motion to Compel Mediation, and Certificate of Conference, and for such other and further relief, at law or in equity, to which she may be justly entitled.

        Respectfully submitted,

        /s/ John S. Morgan
        JOHN S. MORGAN
        TBA#14447475
        Morgan Law Firm
        2175 North Street, Ste. 101
        Beaumont, Texas 77701
        (409) 239-5984
        (409) 835-2757 facsimile
        jmorgan@jsmorganlaw.com
        Attorney for Plaintiff

CERTIFICATE OF CONFERENCE

Counsel for Google is opposed to the filing of this Motion.

/s/ John S. Morgan<br>
JOHN S. MORGAN

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing pleading has been furnished to the following counsel of record, via the Court's electronic filing system on this 11th day of September, 2014:

    Maura L. Rees                                Via e-file
    Brian M. Willen
    Wilson, Sonsini, Goodrich & Rosati
    650 Page Mill Road
    Palo Alto, California 94304

    J. Thad Heartfield                           Via e-file
    The Heartfield Law Firm
    2195 Dowlen Road
    Beaumont, Texas 77706

                                          /s/ John S. Morgan
                                          JOHN S. MORGAN