| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

| DIVISION: | 1 (Beaumont) | DATE: | September 16, 2014 |
|---|---|---|---|
| DISTRICT JUDGE: | Hon. Marcia A. Crone | TIME: | 11:00 a.m. – 11:30 a.m. |

HOLLIE TOUPS, §
　　　　　　　　　　　　　　§
　　　　Plaintiff, §
　　　　　　　　　　　　　　§
*versus* § CIVIL ACTION NO. 1:14-CV-127
　　　　　　　　　　　　　　§
GOOGLE, INC. *et al.*, §
　　　　　　　　　　　　　　§
　　　　Defendants. §

## MINUTE ENTRY:  SCHEDULING CONFERENCE

ATTORNEY FOR PLAINTIFF:　　　　John Morgan of the Morgan Law Firm

ATTORNEYS FOR DEFENDANT:　　　J. Thad Heartfield of the Heartfield Law Firm and Maura L. Reese of Wilson Sonsini Goodrich & Rosati, PC

　　　Counsel convened in chambers on Tuesday, September 16, 2014, to inform the court of the facts and issues in this copyright infringement case.  Plaintiff Hollie Toups ("Toups") complains that Defendant Google, Inc. ("Google") has failed to remove a certain copyrighted photograph of Toups.  Google denies Toups's allegations and asserts myriad grounds for dismissal.  Nonetheless, during the status conference, counsel for the parties reached an agreement to remove the objectionable photograph.  As a result, Toups's counsel indicated that he would voluntarily dismiss the case after removal of the photograph.  In light of these developments, entry of the parties' proposed scheduling order is unnecessary.

　　　SIGNED at Beaumont, Texas, this 16th day of September, 2014.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE