UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | |
|---|---|
| HOLLIE TOUPS § | |
| § | |
| VS. § | |
| § | CASE NO. 1:14-cv-0127 |
| GOOGLE, INC., YAHOO!, INC. AND § | |
| WWW.MYEX.COM § | |

PLAINTIFF'S MOTION TO DISMISS WITH PREJUDICE

TO THE HONORABLE JUDGE OF SAID COURT:

Hollie Toups, Plaintiff in the above-entitled and numbered cause of action files Plaintiff's Motion to Dismiss With Prejudice, and in support thereof would show the Court the following.

1) Plaintiff and Defendant Google, Inc. have amicably resolved the issues in controversy in this cause of action, and Plaintiff desires to dismiss this cause of action against Defendant Google, Inc. With Prejudice.

WHEREFORE, PREMISES CONSIDERED, Plaintiff requests that this Court grant her Motion to Dismiss With Prejudice, and that Plaintiff be granted such other and further relief, at law or in equity, to which she may show herself justly entitled.

Respectfully submitted,

/s/ John S. Morgan
JOHN S. MORGAN
State Bar No. 14449495
Morgan Law Firm
2175 North Street, Suite 101
Beaumont, Texas 77701
(409) 239-5984
(409) 835-2757 facsimile
Attorney for Plaintiffs

### CERTIFICATE OF SERVICE

Undersigned counsel hereby certifies that the foregoing document has been provided to all counsel of record, via facsimile on this 18th day of September, 2014.

Maura L. Rees          Via facsimile (650) 493-6811
Brian M. Willen
Wilson, Sonsini, Goodrich & Rosati
650 Page Mill Road
Palo Alto, California 94304

J. Thad Heartfield     Via facsimile (409) 866-5789
The Heartfield Law Firm
2195 Dowlen Road
Beaumont, Texas 77706

/s/ John S. Morgan
JOHN S. MORGAN