UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | |
|---|---|
| HOLLIE TOUPS § | |
| § | |
| VS. § | |
| § | CASE NO. 1:14-cv-0127 |
| GOOGLE, INC., YAHOO!, INC. AND § | |
| WWW.MYEX.COM § | |

NOTICE OF DISMISSAL OF WWW.MYEX.COM WITH PREJUDICE

Plaintiff Hollie Toups, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(I), hereby dismisses this action as to www.myex.com with prejudice.

Respectfully submitted,

/s/ John S. Morgan
JOHN S. MORGAN
TBA#14447475
Morgan Law Firm
2175 North Street, Ste. 101
Beaumont, Texas 77701
(409) 239-5984
(409) 835-2757 facsimile
jmorgan@jsmorganlaw.com
Attorney for Plaintiff Hollie Toups

CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the foregoing pleading has been furnished to the following counsel of record, via facsimile on this 19th day of September, 2014:

| | |
|---|---|
| Maura L. Rees<br>Brian M. Willen<br>Wilson, Sonsini, Goodrich & Rosati<br>650 Page Mill Road<br>Palo Alto, California 94304 | Via facsimile (650) 493-6811 |
| J. Thad Heartfield<br>The Heartfield Law Firm<br>2195 Dowlen Road<br>Beaumont, Texas 77706 | Via facsimile (409) 866-5789 |

                                            /s/ John S. Morgan
                                            JOHN S. MORGAN