| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

HOLLIE TOUPS, §
§
      Plaintiff, §
§
*versus* § CIVIL ACTION NO. 1:14-CV-127
§
GOOGLE, INC., YAHOO!, INC., and §
WWW.MYEX.COM, §
§
      Defendants. §

## ORDER OF DISMISSAL

Plaintiff Hollie Toups's ("Toups") Motion to Dismiss With Prejudice (#33) is GRANTED. Accordingly, Toups's claims against Defendant Google, Inc. are DISMISSED with prejudice.

Further, in accordance with Toups's Notice of Dismissal of Defendant www.myex.com With Prejudice (#34), filed on September 19, 2014, Toups's claims against www.myex.com are DISMISSED with prejudice.

THIS IS A FINAL JUDGMENT.

SIGNED at Beaumont, Texas, this 19th day of September, 2014.

                                                */s/ Marcia A. Crone*
                                                MARCIA A. CRONE
                                            UNITED STATES DISTRICT JUDGE